In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of EMILY A. MAXWELL, Deceased, Respondent.

MARY S. DARROW et al., as Executors of EMILY A. HUMPHREY, Deceased, Appellants; CITY BANK FARMERS TRUST COMPANY, as Executor of ANNIE S. MAXWELL, Deceased, et al., Respondents.

(Argued February 9, 1932; decided March 3, 1932.)

616

*Henry W. Jessup, Frederick E. W. Darrow* and *Louis F. Reed* for appellants.

*James D. Ouchterloney, Earle J. Starkey* and *Walter E. Cooper* for City Bank Farmers Trust Company, as executor, respondent.

*Lee McCanliss* and *Jeannette Freund* for John W. Auchincloss et al., respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.